IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES L. McGEE, #L7157                                               PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:17-cv-224-LG-RHW

CENTURION MEDICAL SERVICES, et al.                                    DEFENDANTS

## ORDER DENYING PLAINTIFF'S MOTION [8] REQUESTING TO SEVER CLAIMS AGAINST DEFENDANTS STATE OF MISSISSIPPI DEPARTMENT OF CORRECTIONS, REGINA REED, SHANEES EVANS, AND JOY ROSS AND SETTING AN OMNIBUS HEARING

This matter is before the Court on Plaintiff's Motion [8] requesting to sever claims against Defendants State of Mississippi Department of Corrections, Regina Reed, Shanees Evans, and Joy Ross and setting an Omnibus Hearing. Because the Court is in the process of screening Plaintiff's claims, the Court finds Plaintiff's request premature and will be denied.

If Plaintiff wishes, he may file a Notice to voluntarily dismiss Defendants State of Mississippi Department of Corrections, Regina Reed, Shanees Evans, and Joy Ross so that he can file a separate civil action against these Defendants. Accordingly, it is

ORDERED that Plaintiff's Motion [8] requesting to sever claims against Defendants State of Mississippi Department of Corrections, Regina Reed, Shanees Evans, and Joy Ross and setting an Omnibus Hearing is denied.

This 12th day of October, 2017.

                                          *s/ Robert H. Walker*
                                          UNITED STATES MAGISTRATE JUDGE