IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES L. McGEE, #L7157                                                    PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 1:17-cv-224-LG-RHW

CENTURION MEDICAL SERVICES, et al.                                DEFENDANTS

## ORDER DENYING PLAINTIFF'S MOTION [9] TO ADD EXHIBIT

This matter is before the Court on Plaintiff's Motion [9] to Add Exhibit. Plaintiff

requests in his Motion [9] that he be allowed to add an exhibit so that "this Honorable Court will

have a better understanding of the systematic abuse & treatment by all Defendants named in this

civil action." Because Plaintiff failed to attach a copy of the exhibit for the Court to review

when considering Plaintiff's Motion [8], Plaintiff's Motion [8] will be denied. Accordingly, it is

ORDERED that Plaintiff's Motion [8] to Add Exhibit is denied.

This the 12th day of October, 2017.


                                              *s/ Robert H. Walker*
                                              UNITED STATES MAGISTRATE JUDGE