IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES L. MCGEE, #L7157                                                        PLAINTIFF

VERSUS                                          CIVIL ACTION NO.   1:17-cv-224-LG-RHW

CENTURION MEDICAL SERVICES, et al.                                            DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION [20] FOR ENJOINMENT

This matter is before the Court on Plaintiff's Motion [20] entitled "Motion for Enjoinment." Plaintiff is requesting "this Honorable Court [] consider the enjoinment of all issues in civil action *McGee v. Krebs*[,] 1:15-cv-65-LG-RHW into civil action *McGee v. Centurion*[,] 1:17-cv-224-LG-RHW." Pl.' s Mot. [20] at 1. As discussed below, Plaintiff's Motion [20] will be denied.

A review of *McGee v. Krebs, et al.*, No. 1:15-cv-65-LG-RHW (S.D. Miss Nov. 18, 2015), reveals that civil action is no longer pending. A Final Judgment was entered on November 18, 2015, dismissing the habeas claims without prejudice and dismissing the § 1983 claims as frivolous, for failure to state a claim, and dismissing certain Defendants as being immune from liability. *See McGee v. Krebs, et al.*, No. 1:15-cv-65-LG-RHW (S.D. Miss Nov. 18, 2015) (J. ECF No. 42). Plaintiff's Motion [20] therefore is not well-taken. Accordingly, it is

ORDERED that Plaintiff's Motion [20] for Enjoinment is **denied**.

SO ORDERED this the 12th day of December, 2017.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE