# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CHARLES MCGEE**                                                    **PLAINTIFF**

v.                                                    CAUSE NO. 1:17-cv-224-LG-RHW

**CENTURION MEDICAL SERVICES, et al.**                               **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Plaintiff Charles McGee's Motion for Summary Judgment [24]. Having reviewed the record and applicable law, the Court finds that the Motion [24] should be denied.

McGee, a *pro se* prisoner, filed this Complaint [1] pursuant to 42 U.S.C. § 1983 concerning the conditions of confinement at the South Mississippi Correctional Facility, Leakesville, Mississippi. McGee's Motion [24] asserts that his claims against Defendants Reed, Turner, Ross, and Evans can be disposed by this Motion for Summary Judgment.

The Court is required to "review . . . a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity[,]" as McGee does here. *See* 28 U.S.C. § 1915A(a). The Court is further required to "identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915A(b). This case is currently being screened as provided in 28 U.S.C. § 1915A.

Because the screening process is not complete, Defendants have not been served with process. Therefore, Plaintiff's Motion for Summary Judgment is premature and should be denied. *See, e.g., Verrette v. Ratliff*, No. 08-3156, 2008 WL 4330197, at *1 (E.D. La. Sept. 16, 2008).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff McGee's Motion for Summary Judgment [24] is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 20th day of June, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE