IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES L. MCGEE**                                                                                     **PLAINTIFF**

**v.**                                                                          **CAUSE NO. 1:17CV224-LG-RHW**

**ARAMARK CORRECTIONAL
SERVICES, LLC, ET AL.**                                                **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

BEFORE THE COURT is the [69] Report and Recommendation of Magistrate Judge Robert H. Walker, in which he recommends that the [54] Motion to Dismiss filed by Defendant Aramark Correctional Services, LLC in this prison conditions case be granted. Plaintiff McGee did not file a response to the Motion to Dismiss, nor did he file an objection to the Report and Recommendation.

In the absence of any objection to Magistrate Judge Walker's recommendation, the Court need only review the Report and Recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir. 1989). After having reviewed the Report and Recommendation and the record in this case, the Court finds that the Magistrate Judge's conclusion is neither clearly erroneous nor contrary to law. Accordingly, it will be adopted by this Court and Plaintiff's claims against Defendant Aramark Correctional Services, LLC dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [69] Report and Recommendation of Magistrate Judge Robert H. Walker is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [54] Motion to Dismiss filed by Defendant Aramark Correctional Services, LLC, is **GRANTED**. Plaintiff's claims against Defendant Aramark Correctional Services, LLC are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 6th day of February, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE